# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

                                      DOCKET NO. 3:18CR229

        V.                                   ORDER

ERIC PATRICK MARECHAL

---

THIS MATTER IS BEFORE THE COURT on Defendant's Motion for Early Termination of Supervised Release (Doc. No. 4). The Local Rules of this Court require a Defendant to inform the Court as to position of the United States Probation Office and the United States Attorney's Office on Defendant's Motion. Because the Defendant has not informed the Court as to those Offices' positions, the Motion for Early Termination is DENIED without prejudice. IT IS SO ORDERED.

Signed: September 28, 2021

Frank D. Whitney
United States District Judge